# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **BILLIE DAILEY, as personal representative for the Estate of WADE V. DAILEY, deceased, and CHRISTIE DAILEY FOSTER, an individual,** ) ) ) ) ) ) | |
| Plaintiffs, ) | CASE NO. 7:09-CV-874-VEH |
| v. ) ) | |
| **FEDERAL INSURANCE COMPANY,** ) ) | |
| Defendant. ) | |

## ORDER

This case comes before the court on the motion for summary judgment filed by the defendant. In accordance with the memorandum opinion entered contemporaneously herewith, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The motion for summary judgment is **DENIED**;

2. Federal's decision denying the decedent's accidental death benefits is hereby **REVERSED**.

3. Federal is hereby **ORDERED** to pay all such benefits which are due and owing.

**DONE** this the 16th day of April, 2010.

_/s/ VEHopkins_
**VIRGINIA EMERSON HOPKINS**
United States District Judge
